ROB BONTA  
Attorney General of California  
ANYA M. BINSACCA  
Supervising Deputy Attorney General  
JAY C. RUSSELL  
Deputy Attorney General  
State Bar No. 122626  
  455 Golden Gate Avenue, Suite 11000  
  San Francisco, CA  94102-7004  
  Telephone:  (415) 510-3617  
  Fax:  (415) 703-5843  
  E-mail:  Jay.Russell@doj.ca.gov  
*Attorneys for Defendants Office of the California State Controller and California State Controller Betty T. Yee*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ALEXANDER COTÉ,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**OFFICE OF THE CALIFORNIA STATE CONTROLLER, AND BETTY T. YEE IN HER OFFICIAL CAPACITY AS CONTROLLER OF THE STATE OF CALIFORNIA,**<br><br>                    Defendants. | 4:22-cv-04056-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING ON PENDING MOTIONS**<br><br>Related Cases:<br><br>*Cole-Kelly v. State of California, et al.,* No. 22-cv-02841-HSG<br><br>*Sykes v. Office of the California State Controller, et al.,* No. 22-cv-04133-HSG |

**STIPULATION**

Under Northern District Local Civil Rule 6-2, Plaintiffs Alison Cole-Kelly, Alexander Coté and Jennifer I. Sykes, and Defendants the Office of the California State Controller and Betty T. Yee, named in her official capacity as Controller of the State of California, stipulate and agree to the following:

1

1. On May 13, 2022, Plaintiff Alison Cole-Kelly filed her complaint.

2. On May 26, 2022, and June 6, 2022, respectively, Alexander Coté and Jennifer I. Sykes filed complaints in the Central District of California.

3. On July 11, 2022, *Cote v. Yee, et al.,* was ordered transferred from the Central District of California to the Northern District of California. On July 14, 2022, *Sykes v. Yee, et al.,* was ordered transferred from the Central District of California to the Northern District of California.

4. On July 25, 2022, the Court ordered *Cote* and *Sykes* related to *Cole-Kelly v. State of California*.

5. On August 5, 2022, Defendant moved to dismiss this case (ECF 32), and the related *Cole-Kelly* and *Sykes* cases. The hearing on theses motion is scheduled for December 1, 2022.

6. Also on August 5, 2022, Coté and Sykes filed a Motion to Consolidate Related Cases and Appoint Interim Class Counsel in *Cole-Kelly v. State of California*. (ECF 24.) Under Civil Local Rule 7-3, oppositions to all motions are due by August 19; reply briefs are due by August 26. The hearing on this motion is scheduled for November 17, 2022.

7. The parties stipulate and agree that the dates for the parties to file oppositions and replies to all the above-described motions shall be continued to dates to be determined at the August 23, 2022 Initial Case Management Conference. The parties further stipulate and agree that hearing dates for the above-described motions shall also be discussed with the Court at the August 23 Initial Case Management Conference. By stipulating to extensions of briefing on the motions, the parties do not waive any right to move to have Defendants' motions to dismiss briefed and decided before any further briefing or hearing on the Motion to Consolidate Related Cases and Appoint Interim Class Counsel.

IT IS SO STIPULATED.

1 | Dated: August 11, 2022

2 | ROB BONTA
Attorney General of California
3 | ANYA M. BINSACCA
Supervising Deputy Attorney General

5 | /s/ Jay C. Russell
JAY C. RUSSELL
6 | Deputy Attorney General
*Attorneys for Defendants Office of the*
7 | *California State Controller and Betty T. Yee,*
*in her official capacity as Controller of the*
8 | *State of California*

Dated: August 11, 2022

12 | /s/ Samuel Kornhauser
SAMUEL KORNHAUSER, Esq.,
13 | LAW OFFICES OF SAMUEL KORNHAUSER
14 | 155 Jackson Street, Suite 1807
San Francisco, California 94111
15 | Telephone: (415) 981-6281
Facsimile: (415) 981-7616
16 | Email: samuel.kornhauser@gmail.com

17 | BRIAN DAVID, Esq.,
Illinois ARDC No. 0582468 *(pro hac vice)*
18 | LAW OFFICES OF BRIAN DAVID
1329 N. Dearborn #1
19 | Chicago, Illinois 60610
Telephone: (847) 778-7528
20 | Email: bdbriandavid@gmail.com

21 | *Attorneys for Plaintiff Alison Cole-Kelly*

3

Stip. and Order to Continue Briefing on Pending Motions   (4:22-cv-04056-HSG)

Dated: August 11, 2022

               **WOLF HALDENSTEIN ADLER**
                 **FREEMAN & HERZ LLP**

             */s/ Rachele R. Byrd*
             RACHELE R. BYRD

             BETSY C. MANIFOLD (182450)
             RACHELE R. BYRD (190634)
             OANA CONSTANTIN (325226)
             750 B Street, Suite 1820
             San Diego, CA 92101
             Telephone: 619/239-4599
             Facsimile: 619/234-4599
             manifold@whafh.com
             byrd@whafh.com
             constantin@whafh.com

             MARK C. RIFKIN (*pro hac vice*)
             BENJAMIN Y. KAUFMAN (*pro hac vice*)
             **WOLF HALDENSTEIN ADLER**
              **FREEMAN & HERZ LLP**
             270 Madison Avenue
             New York, New York 10016
             Telephone: 212/545-4600
             Facsimile: 212/545-4677
             rifkin@whafh.com
             kaufman@whafh.com

             ARTHUR T. SUSMAN (*pro hac vice*)
             **LAW OFFICE OF ARTHUR SUSMAN**
             1540 N. Lake Shore Drive
             Chicago, Illinois 60610
             Telephone: 847-800-2351
             arthur@susman-law.com

             *Attorneys for Plaintiffs Alexander*
             *Coté, Jennifer I. Sykes and the Class*

          **ORDER**

Under the above stipulation, and good cause appearing, it is so ordered.

DATED: 8/12/2022         *[signature]*
                THE HONORABLE HAYWOOD S. GILLIAM, JR.
                UNITED STATES DISTRICT COURT JUDGE

SA2022302479
43348219.docx